**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In re:

Edwin R. Rittenbaugh,
     Debtor.

Federal Home Loan Mortgage Corporation,
as Trustee for the benefit of the Freddie
Mac Seasoned Loans Structured
Transaction Trust, Series 2020-1,
     Movant,
          v.

Edwin R. Rittenbaugh,
     Debtor/Respondent,

KENNETH E. WEST,
     Trustee/Additional Respondent,
_____

CASE NO.: 26-11566-pmm
CHAPTER 13

Hearing Date: July 8, 2026
Hearing Time: 1:00 P.M.
Hearing Location: 900 Market Street
Second Floor, Courtroom #3
Philadelphia, PA 19107

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 ("Movant") has filed a Motion for Relief from the Automatic Stay pursuant to relief pursuant to 11 U.S.C. §§ 362(d)(1) with respect to the real property located at 1891 KIMBERTON RD, PHOENIXVILLE, PA 19460and for such other and further relief as the United States Bankruptcy Court may deem just and proper.

1. **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the motion, then on or June 22, 2026, **you or your attorney must file a response to the Motion**. (see Instructions on next page).

3. **A hearing on the Motion** is scheduled to be held on **July 8, 2026**, **at 1:00 p.m. in Courtroom #3 at United States Bankruptcy Court, 900 Market Street, Second Floor, Philadelphia, PA 19107.**

4. **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408-2800 and for Reading cases at (610) 208-5040 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed below.

### **Filing Instructions**

7. If you are required to file documents electronically by Local Bankruptcy Rule 5005-1, you must file your response electronically.

8. If you are not required to file electronically, file an answer explaining your position at:

> United States Bankruptcy Court
> Office of the Court Clerk
> Robert N.C. Nix Sr. Federal Courthouse
> 900 Market Street, Suite 400
> Philadelphia, PA 19107

**9. If you mail your response** to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

> Sherri R. Dicks, Esquire
> Robertson, Anschutz, Schneid, Crane & Partners, PLLC
> 13010 Morris Road, Suite 450
> Alpharetta, GA 30004
> Telephone: 470-321-7112
> Email: sdicks@raslg.com

Date:06/05/2026

> **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
> Attorneys for Movant
> 13010 Morris Rd., Suite 450
> Alpharetta, GA 30004
> Telephone: 470-321-7112
> By: /s/Sherri R. Dicks
> SHERRI R. DICKS
> PA Bar Number 90600
> sdicks@raslg.com